JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROANOKE UNDERWRITING a/d/o ROANOKE INSURANCE GROUP, INC., | 2:18-cv-05163 RGK (KSx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| SETH LINES, INC.; BNSF RAILWAY COMPANY; and DOES 1 through 10, inclusive, | Case Removed: 6/11/2018<br>Current Trial Date: 6/11/2019 |
| Defendants. | |
| And related counter-claims and cross-claims | |

Based on the stipulation of counsel for all appearing parties, Plaintiff ROANOKE UNDERWRITING a/d/o ROANOKE INSURANCE GROUP, INC., ("Roanoke"), Counter-Defendant and Cross-Claimant BNSF Railway Company ("BNSF"), and Defendant, Counter-Claimant SETH Lines, Inc. ("SETH"), THAT that the parties have reached a settlement of all claims and request dismissal, it is ORDERED, that the above-entitled action in its entirety is dismissed, with prejudice, and with each party to bear its own costs and attorney's fees.

Dated: February 22, 2019  By: /s/ Gary Klausner
R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER